# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 18-1821

———————————————

Darrell Woods

*Plaintiff - Appellant*

v.

Ricky Hays, Caseworker, NECC; Tyree Butler, Functional Unit Manager, NECC;
Kristen Cutt; Richard Griggs, Assistant Warden, NECC; William Jones, Acting
Warden; James Hurley, Warden, NECC; James Rhodes, Investigator, NECC;
Taylor Preston, Correctional Officer, NECC; Damien Austin, Sergeant, NECC;
Tina Cobb, Functional Unit Manager, NECC; Alan Earls, Deputy Division
Director; Unknown Grote, Correctional Officer, NECC; David Cutt; Robert
LaGore; Stacie Lescalleet

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

———————————

Submitted: May 14, 2019
Filed: June 4, 2019
[Unpublished]

———————————

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

———————————

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate Darrell Woods appeals from the order of the District Court[1] granting summary judgment to defendant prison officials on his First and Eighth Amendment claims and declining to exercise supplemental jurisdiction over his state-law claims. We have reviewed the record de novo, and we see no reversible error in the decision to grant summary judgment on Woods's § 1983 claims. See Townsend v. Murphy, 898 F.3d 780, 783 (8th Cir. 2018) (standard of review). We also conclude that the District Court did not abuse its discretion in declining to exercise supplemental jurisdiction over Woods's state-law claims. See 28 U.S.C. § 1367(c); Crest Constr. II, Inc. v. Doe, 660 F.3d 346, 359 (8th Cir. 2011) (standard of review). Accordingly, we affirm.

———————————————

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.